

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00291-CR

## IN RE KENNETH RAY BROWN

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus and motion for an evidentiary hearing are denied.  Relator's motion for leave to file the petition for writ of mandamus is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
          Justice Reyna, and
          Justice Davis
Petition denied
Opinion delivered and filed August 11, 2010
[OT06]